■ In the Matter of TERRANCE POWER, Petitioner, v BOARD OF TRUSTEES OF THE VILLAGE OF KENMORE, Respondent. — Motion for permission to appeal as poor person denied with leave to renew before court which transferred the proceeding (*Jenks v Murphy,* 21 AD2d 346).

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MICHAEL C. HURLEY, Defendant. — Motion to change venue of trial of indictment from Ontario County denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Ontario County (CPL 230.20, subd 2). If it develops during the *voir dire* that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982, app dsmd 35 NY2d 844.) Present — Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.